El Pueblo de Puerto Rico, demandante y apelado, *v.* Alberto Jones, acusado y apelante.

No. 2763.—*Visto:* Noviembre 9, 1926. *Resuelto:* Diciembre 21, 1926.

Derecho Penal—Apelación y Error, y Certiorari—Señalamiento de Errores y Alegatos—De los Alegatos—Señalamiento y Discusión de Errores—Su Omisión y Efecto.—Cuando en el alegato presentado existe una discusión pero no señala error alguno y la discusión no es meritoria, procede desestimar la apelación interpuesta.

Moción sobre desestimación de la apelación presentada por el apelado. *Desestimada* la apelación.

*Enrique Lefebre,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

El fiscal solicitó la desestimación de esta apelación porque el alegato presentado por el abogado de la defensa no contiene ni un señalamiento de errores ni una discusión separada de ellos. En otras palabras, aunque existe una dis-

cusión, no se señala error alguno. Hay una sugestión de que al acusado, que no estaba representado por abogado, no se le celebró juicio de acuerdo con el artículo 448 del Código de Enjuiciamiento Criminal, pero no hay nada que demuestre que tal cuestión fué levantada en la corte inferior. También hay una discusión de la prueba. Hubo un conflicto de prueba y el caso se sometió al jurado por instrucciones de la corte que no fueron debidamente atacadas. Como el alegato deja de cumplir con las reglas de este tribunal y no hallando meritoria la discusión, *la apelación debe ser desestimada.*

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de este caso.